

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. M. Trimble,
First Assistant State Superintendent
of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. O-5030
Re: Is the Castleberry
Common School District
of Tarrant County, Texas
entitled to aid under
the terms of House Bill
No. 176, Regular Session
Forty-eighth Legislature?

Your letter of date June 25th, 1943, to which is attached a letter from Dr. A. D. Roach, County Superintendent of Schools of Tarrant County, addressed to Hon. Gerald C. Mann, Attorney General, State of Texas has been received.

We quote from the letter written by Dr. Roach as follows:

" In the discharge of my official duties as County Superintendent of Tarrant County, I am in need of advice that may be obtained through an opinion from the Attorney General of Texas. I, therefore, submit for the consideration of the Attorney General, the following facts and questions:

"Facts

"The Castleberry School District is located in Tarrant County, Texas. The district has 958 enumerated scholastics for the school year 1943-44. There are 261 pupils above the grades taught in the Castleberry School District. There are, therefore, 697 originally enumerated scholastics within the grades classified to be taught remaining in the district. This, of course, assumes that there will be no transfers out. It, therefore, becomes obvious that the scholastic population of the Castleberry School District will be in excess of 500 during the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. T. M. Trimble          page 2

coming school year unless there are at least 198
pupils classified within the grades taught in
the Castleberry School district transferred out.
The Castleberry School District has received
State aid for the preceding five years or more.

"House Bill No. 176 by Look, et al., which is
commonly referred to as the Equalization Law of
Texas for the Biennium 1943-45, provides in Article
1, Section 3, the following:

"Section 3. Distance Between Schools.  No aid
shall be granted to any school under the provisions
of this Act which is located within two and one-half
(2½) miles of another school of the same race, unless
on account of the roads and other physical features,
it is unreasonable and impracticable for the pupils
to attend another school; provided that this restric-
tion shall not apply to elementary schools in a con-
solidated and/or rural high school district, nor to
any district which at some previous election has
voted to remove such condition by consolidation,
nor to any school district that has received State
aid for the preceding five years when need is shown
as provided in this act.------.

"Question

"Assuming that the Castleberry School District
has a budgetary need for Salary aid, transportation
aid and Tuition aid as these terms are used in the
Act, will the underscored exception contained in
Article 1, Section 3, as set out above, operate to
permit the Castleberry Common School District to
receive State aid under the terms of House Bill No.
176, Act of the last Regular Session of the Legis-
lature, even though the district has in excess of
500 originally enumerated scholastics within the
grades classified to be taught remaining in the
district after transfers out, provided there are
no other exceptions contained in the bill that
applies to this district other than the one under-
scored above which occurs in Article 1, Section"3.

161

The exception set out in section 3 of House Bill No. 176 passed by the Legislature in 1943, pertaining to state aid to public schools which exception is underscored in your letter is only an exception to the first part of said section which inhibits the granting of aid to any school located within two and one-half miles of another school of the same race and is not an exception to that provision of Section 1 of the same act which limits aid to those school districts having an enumerated scholastic population of not less than twenty nor more than five hundred original enumerated scholastics within the grades classified to be taught remaining in the district after transfers out.

Therefore, we answer the question submitted in the above quoted letter in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

E. P. Price
Assistant

EPPined

oR
e. c. R.

APPROVED JUL    1943

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN